

1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

## CENTRAL DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9 NAFISA NOORI, | ) Case No.: 5:17-cv-02550-R-E |
| 10       Plaintiff, | ) ~~(PROPOSED)~~ ORDER AWARDING |
| 11     vs. | ) EQUAL ACCESS TO JUSTICE ACT ) ATTORNEY FEES AND EXPENSES |
| 12 NANCY A. BERRYHILL, Acting | ) PURSUANT TO 28 U.S.C. § 2412(d) ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| 13 | ) |
|       Defendant | ) |
| 14 | ) |

15

16     Based upon the parties' Stipulation for the Award and Payment of Equal

17 Access to Justice Act Fees, Costs, and Expenses:

18     IT IS ORDERED that fees and expenses in the amount of $4,500.00 as

19 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20 awarded subject to the terms of the Stipulation.

21 DATE: 12/18/18

22

23 THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

24

25

26

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Denise Bourgeois Haley*

4  _____
   Denise Bourgeois Haley
   Attorney for plaintiff Nafisa Noori

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26